UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LEN FLOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:21-cv-00017-HBK (SS)<br><br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS<br><br>(Doc. No. 2) |

Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal.  (Doc. No. 2).  Plaintiff's declarations in the motion satisfies the requirements under § 1915 to proceed *in forma pauperis*.

By separate order, this Court will issue a Scheduling and Briefing Order.  Plaintiff is directed to paragraph 1 of that Order.  Plaintiff shall promptly file proof of service with the Court upon completion of service.

Accordingly, it is now **ORDERED:**

1.  Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

1

1    2.  The Clerk of Court shall attach its "Instructions for Service of Social Security Appeals"

2    to this Order.

3        3.  The Clerk is directed to issue summons; and

4        4.  The United States Marshal is directed to serve a copy of the complaint, summons, and

5    this order upon the Commissioner.  Plaintiff must assist the U.S. Marshal upon request.

6        5. Within five (5) days of receiving the return of service from the U.S. Marshal, **Plaintiff**

7

8    **shall file the return of service with the court.**

9

10   IT IS SO ORDERED.

11

12   Dated:    March 2, 2021

13                                                          HELENA M. BARCH-KUCHTA
                                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28