1  PHILLIP A. TALBERT
   United States Attorney
2  LISA A. THOMAS
   Regional Chief Counsel, Region VII
3  SARAH E. PRESTON, MO BAR 60154
   Special Assistant United States Attorney
4      601 E 12th Street, Suite 965
5      Kansas City, MO 64106
       Telephone: (816) 936-5931
6      Facsimile: (833) 950-3518
7      Email: Sarah.Preston@ssa.gov

8  Attorneys for Defendant

9  **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11 **FRESNO DIVISION**

12

| | |
|---|---|
| RODNEY LEN FLOOD, | Case No.: 1:21-CV-00017-AWI-HBK |
| Plaintiff, | STIPULATED MOTION TO REMAND |
| vs. | |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS STIPULATED by and between Rodney Len Flood (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the subjective complaints. The parties further request that the Court direct the Clerk of the Court to

Stip. to Remand; 1:21-cv-00017-AWI-HBK

enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 25th day of April 2022.

Dated:  April 25, 2022          /s/  Jonathan O. Pena*
                                JONATHAN O. PENA
                                Attorney for Plaintiff
                                *Authorized via e-mail on Apr. 22, 2022

Dated:  April 25, 2022          PHILLIP A. TALBERT
                                United States Attorney
                                LISA A. THOMAS
                                Regional Chief Counsel, Region VII
                                Social Security Administration

                         By:    /s/ SARAH E. PRESTON
                                SARAH E. PRESTON
                                Special Assistant United States Attorney

                                Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:   April 25, 2022

                                SENIOR  DISTRICT  JUDGE